UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEAN GILL,**

    **Plaintiff,**

**v.**                                                                                                        Case No: 6:16-cv-1335-Orl-41GJK

**STEVE HARPER PAINTING, INC. and
STEVE HARPER,**

    **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Approve Revised Settlement Agreement (Doc. 29). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 30), which recommends that the parties' motion be granted in part, to which the parties filed a Joint Notice of Non-objection (Doc. 31).

After a *de novo* review of the record in this matter and noting the parties' Joint Notice of Non-objection, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Revised Settlement Agreement (Doc. 29) is **GRANTED in part**.

3. Paragraph 1.B. of the Settlement Agreement, (Doc. 29 at 5), to the extent it purports to release any claims other than those related to wages, and paragraph 14, (*id.* at 9),

are **STRICKEN**. In all other respects, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record